Brian O'Mara (Cal. Bar. No. 229737)
**DICELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA 92121
Telephone: (619) 923-3939
briano@dicellolevitt.com

Adam J. Levitt*
Amy Keller*
Daniel R. Schwartz*
James A. Ulwick *
Emma Bruder*
**DICELLO LEVITT LLP**
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dschwartz@dicellolevitt.com
julwick@dicellolevitt.com
ebruder@dicellolevitt.com

*Counsel for Plaintiff and the Putative Class and Subclass*

*application for *pro hac vice* admission forthcoming

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>Defendants. | Case No.: 5:25-CV-00124<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

| | |
|---|---|
| DATED: January 10, 2025 | /s/ Brian O. O'Mara<br>Brian O. O'Mara<br><br>Brian O'Mara (Cal. Bar. No. 229737)<br>**DICELLO LEVITT LLP**<br>4747 Executive Dr., Suite 240<br>San Diego, CA 92121<br>Telephone: (619) 923-3939<br>briano@dicellolevitt.com<br><br>Adam Levitt*<br>Amy Keller *<br>Daniel R. Schwartz*<br>James A. Ulwick*<br>Emma Bruder*<br>**DICELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, IL  60602<br>Telephone: (312) 214-7900<br>alevitt@dicellolevitt.com<br>akeller@dicellolevitt.com<br>dschwartz@dicellolevitt.com<br>julwick@dicellolevitt.com<br>ebruder@dicellolevitt.com |
| *application for *pro hac vice* admission forthcoming | *Counsel for Plaintiff and the Putative Class and Subclass* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Brian O'Mara, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that each of the Signatories herein concur in this filing.

Dated: January 10, 2025            <u>*/s/ Brian O. O'Mara*</u>
                                                Brian O. O'Mara
                                                *Counsel for the Plaintiff*